1060

[No. 33887-8-III. Division Three. February 2, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. CORY WAYNE ROBERTS, *Appellant*.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 15-1-00073-2, Patrick A. Monasmith, J., entered November 12, 2015. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Korsmo and Siddoway, JJ.

[No. 72553-0-I. Division One. February 6, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. ADRIAN G. SASSEN VANELSLOO, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 14-1-00602-3, Deborra Garrett, J., entered October 1, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Appelwick, J., concurred in by Trickey, A.C.J., and Leach, J.

[Nos. 74034-2-I; 74735-5-I; Division One. February 6, 2017.]
75135-2-I; 75395-9-I.

*In the Matter of the Marriage of* ARADHNA FORREST, *Respondent*, and VIKAS LUTHRA, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 09-3-04289-0, Sean Patrick O'Donnell, J., entered August 27, 2015. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Verellen, C.J., and Cox, J.

[No. 74220-5-I. Division One. February 6, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. GERMAN LOPEZ CASTRO, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 15-1-01758-1, George F.B. Appel, J., entered October 26, 2015. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Cox and Dwyer, JJ.